IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

14 CV 4480

JUDGE BRODERICK

In re:
YITSCHAK GOLDSTEIN
    Debtor.
_____/

Case No. 13-37651
Hon. Cecelia G. Morris
Chapter 13

YITSCHAK GOLDSTEIN,
    Plaintiff,
v.
ABRAHAM JOSPEPH et al.,
    Defendant.
_____/

Index. No.
Hon.

(Supreme Court Orange County)
Case No. 2013-9597
Hon.

## NOTICE OF REMOVAL

1. Defendant, Yitschak Goldstein, the above-captioned chapter 13 debtor, and the state court plaintiff, hereby file this notice of removal to remove Yitschak Goldstein v Abraham Jospeh et al., Case No. 2013-9597 (Hon.; Supreme Court, Orange County), pursuant to, inter alia, 28 U.S.C. §1452(a), 28 U.S.C. §1334.

2. This matter as it relates to the Debtor in Possession appears to be a core proceeding, and Plaintiff Yitschak Goldstein requests a jury trial in this matter.

3. Facts supporting the removal include that the nonbankruptcy matter is related to the jurisdiction of the Bankruptcy Court as it involves an action against the Debtor in Possession, and that any relief granted by the non-bankruptcy court will affect the estate of the Debtor in Possession. For instance, adjudication of the nonbankruptcy matter will affect the primary or secondary liability of the Debtor in Possession and its assets.

4. Pursuant to Fed.R.Bankr.P. 9027, "Removal of the claim or cause of action is effected on such filing [in the nonbankruptcy court] of a copy of the notice of removal. The parties shall proceed no further in that court unless and until the claim or cause of action is remanded."

                    Respectfully submitted

                    By: _____
                    Yitschak Goldstein
                    Pro Se
                    131 Acres Road
                    Monroe, NY, 10950
                    845-537-1324

Dated 6/20/2014